**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000118**
**13-NOV-2023**
**07:59 AM**
**Dkt. 17 ODSD**

NO. CAAP-23-0000118

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THOMAS MOORE; KATHRYN "JO" MOORE, Plaintiffs-Appellees, v.
ROBERT ESTABROOK, Defendant-Appellant, and
MELISSA RAVELO, Defendant-Appellee, and
JOHN DOES 1-10; JANE DOES 1-10, Defendants

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
PUNA DIVISION
(CASE NO. 3DRC-22-0001697)

ORDER DISMISSING APPEAL
(By: Wadsworth, Presiding Judge, Nakasone and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before May 8, 2023, and June 6, 2023, respectively;

(2) Self-represented Defendant-Appellant Robert Estabrook (**Estabrook**) failed to file either document, or request an extension of time;

(3) On October 16, 2023, the appellate clerk entered a default notice informing Estabrook that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on October 26, 2023, for appropriate action, which could include dismissal of

the appeal under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Estabrook could request relief from default by motion; and

(4) Estabrook has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, November 13, 2023.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge